## Victor C. Breytspraak, Appellant, v. Martin M. Gordon and Patricia Gordon, Appellees.

### Gen. No. 44,150.

opinion filed February 25, 1948; released for publication March 25, 1948. G. A. Bosomburg, for appellant; Joseph B. Quinn and James A. Harrington, for appellee; Opinion by Presiding Justice Lewe. Not to be published in full.